**Innoviz Technologies Ltd. (INVZ)**  **Lucid Alternative Fund LP**

List of Purchases/Acquisitions and Sales

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 10/21/2022 | 2,000 | $4.6750 |
| Common Stock | Purchase | 10/28/2022 | 2,000 | $4.6450 |
| Common Stock | Purchase | 11/8/2022 | 1,100 | $4.5978 |
| Common Stock | Purchase | 11/8/2022 | 500 | $4.5400 |
| Common Stock | Purchase | 11/10/2022 | 800 | $4.7350 |
| Common Stock | Purchase | 12/7/2022 | 1,400 | $9.0000 |
| Common Stock | Purchase | 12/12/2022 | 100 | $9.0000 |
| Common Stock | Purchase | 12/13/2022 | 1,900 | $4.9600 |
| Common Stock | Purchase | 1/18/2023 | 1,500 | $9.0000 |
| Common Stock | Purchase | 3/20/2023 | 100 | $6.0000 |
| Common Stock | Purchase | 3/27/2023 | 100 | $5.5000 |
| Common Stock | Purchase | 4/21/2023 | 3,900 | $5.5000 |
| Common Stock | Purchase | 4/21/2023 | 9,900 | $6.0000 |
| Common Stock | Sale | 11/10/2022 | (3,500) | $4.6500 |
| Common Stock | Sale | 1/20/2023 | (1,000) | $4.0000 |
| INVZ 20JAN23 9 P | Sale | 11/15/2022 | (15) | $3.4500 |
| INVZ 20JAN23 9 P | Sale | 12/6/2022 | (15) | $3.9000 |
| INVZ 21APR23 5.5 P | Sale | 1/23/2023 | (40) | $0.8500 |
| INVZ 21APR23 6 P | Sale | 2/1/2023 | (100) | $1.0000 |