UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCID ALTERNATIVE FUND, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOVIZ TECHNOLOGIES LTD., OMER DAVID KEILAF, and ELDAR CEGLA,<br><br>Defendants. | Case No.  1:24-cv-01971-AT |

NOTICE OF ERRATA

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiff Lucid Alternative Fund, LP ("Plaintiff") hereby provides this notice of errata regarding the complaint filed on March 15, 2024. Due to an inadvertent clerical error, the schedule of transactions appended to Plaintiff's shareholder certification (Dkt. No. 1-2) omitted certain of Plaintiff's transactions in Innoviz Technologies Ltd. securities during the class period. Attached hereto as Exhibit A is Plaintiff's certification appending a corrected schedule of transactions.

Dated:  May 10, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

THE LAW OFFICE OF JACOB SABO
Jacob Sabo
22a Mazzeh Street
Tel-Aviv, Israel
Telephone: (++972) 39070770

*Counsel for Lucid Alternative Fund, LP*

1