```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCID ALTERNATIVE FUND, LP,
Individually and on Behalf of All Others
Similarly Situated,

                  Plaintiff,

-against-

INNOVIZ TECHNOLOGIES LTD., OMER DAVID KEILAF, and ELDAR CEGLA,

                  Defendants.

24 Civ. 1971 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 19, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by May 20, 2024. ECF No. 9. Those submissions are now overdue. Accordingly, by **July 8, 2024**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: June 13, 2024
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge